| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jacob D. Chang (SBN174476)<br>Esquire Law Center<br>1440 N. Harbor Blvd., S. 250<br>Fullerton, CA 92835<br>Tel: 714-738-5098 Fax: 888-822-1710<br>jchang@esqlawcenter.com<br><br>*Attorney for* Robert Thomas Small & Laura Ruesga Small | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Small, Robert Thomas and Small, Laura Ruesga | CHAPTER 13 |
|---|---|
| | CASE NUMBER 2:11-bk-18775-VZ |
| | DATE: |
| | TIME: |
| Debtor. | COURTROOM: |

## NOTICE OF MOTION FOR:

WITHDRAWAL OF NOTICE OF MOTION AND DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE

*(Specify name of Motion)*

1. TO: Hon. Vincent P. Zurzolo, Nancy K Curry (TR), Second Trust Deed holder Chase Home Finance and all interested parties.

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| **Hearing Date:** 7/11/11 | **Time:** 11:00 AM | **Courtroom:** 1368 | **Floor:** |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 6/9/11

Esquire Law Center
*Law Firm Name*

By: _____ Jacob D. Chang
Name: _[signature]_
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.1

| In re Small, Robert Thomas & Small, Laura Ruesga | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 2:11-bk-18775-VZ |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1440 N. Harbor Blvd., S.250
Fullerton, CA 92835

A true and correct copy of the foregoing document described as  Notice of Motion For: Withdrawal of Motion and Debtor's Motion to Avoid Lien on Principal Residence      will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 6/9/11          I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Nancy K. Curry(TR)  trustee13la@aol.com
Attorney Steven M Lawrence on behalf of Home Chase Finance  generalmailaswlawoffice.com@alvaradoca.com
United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 6/9/11           I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtors: Robert Thomas Small & Laura Ruesga Small
14727 Henning Dr.
La Mirada, CA 90638

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/9/11 | Robert Vasquez | _/s/_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                      F 9013-1.1

Notice of Motion (with Hearing) - *Page 3*     **F 9013-1.1**

| In re  Small, Robert Thomas & Small, Laura Ruesga | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 2:11-bk-18775-VZ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9013-1.1**

Jacob D. Chang (SBN 174476)
ESQUIRE LAW CENTER
1440 N. Harbor Blvd., Ste. 250
Fullerton, CA 92835
Telephone (714)738-5098
Facsimile (888)822-1710
Email: jchang@esqlawcenter.com

Attorney for Debtor's
Small, Robert Thomas and Small, Laura Ruesga

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SMALL, ROBERT THOMAS AND SMALL, LAURA RUESGA<br><br>Debtor (s) | Case No.: 2:11-bk-18775-VZ<br><br>Chapter 13<br><br>**WITHDRAWAL OF NOTICE OF MOTION AND DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE** |

**TO THE HONORABLE VINCENT P. ZURZOLO, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, NANCY K. CURRY, CHAPTER 13 TRUSTEE, UNITED STATES TRUSTEE AND ALL OTHER PARTIES OF INTEREST:**

NOTICE IS HEREBY GIVEN that the debtor's through their attorney of record, Jacob D. Chang, due to clerical error, herby respectfully withdraws docket 21, 22, 23 and 24, the "Notice of Motion" and "Debtor's Motion to Avoid Junior Lien on Principal Residence" of second trust deed secured creditor Chase Home Finance, filed on June 8, 2011 and set for motion hearing on July 11, 2011.

Dated: June 9, 2011                              By:  Esquire Law Center

                                                 _____
                                                 Jacob D. Chang